**Transferred case has been opened**
usdc_ecf_ilnd  to: InterdistrictTransfer_WVSD                    06/17/2015 12:08 PM

CASE: 5:15-cv-05554

DETAILS: Case transferred from West Virginia Southern
has been opened in Northern District of Illinois - CM/ECF LIVE, Ver 6,1
as case 1:15-cv-05307, filed 06/17/2015.